**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-50661**
**Summary Calendar**
_____

**LOUISE PATTERSON,**

**Plaintiff-Appellant,**

**versus**

**WAL-MART STORES INCORPORATED,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(MO-99-CV-94)**

_____

March 21, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Louise Patterson appeals the district court's grant of summary judgment and other rulings in favor of Wal-Mart Stores, Inc. We agree with the district court'S comprehensive opinion holding that Patterson failed to provide evidence of elements necessary to support her cause of action based on negligence.

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the judgment of the district court is <u>AFFIRMED</u>.